In the Matter of MARION ROSS, Individually and as Administratrix of the Estate of MAX ROSS, Deceased, Appellant, against JACOB GRUMET, as Commissioner of the Fire Department of the City of New York, and as Chairman of the Board of Trustees of the New York Fire Department Pension Fund, et al., Respondents.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Present — Peck, P. J., Dore, Cohn. Bastow and Botein, JJ. [See 284 App. Div. 876.]

■

THE PEOPLE OF THE STATE OF NEW YORK ex rel. STEPHEN KRITSKY, Appellant, against THOMAS MCDONNELL, as Warden of Penitentiary of the City of New York, et al., Respondents.— Order unanimously affirmed. No opinion. Present — Peck, P. J., Dore, Cohn, Bastow and Botein, JJ.

■

In the Matter of EUGENE MELLO, Appellant, against BOARD OF PAROLE OF THE STATE OF NEW YORK et al., Respondents.— Order unanimously affirmed. No opinion. Present — Peck, P. J., Dore, Cohn, Bastow and Botein, JJ.

■

STANLEY J. OPPENHEIM, Respondent, v. STANLEY SEFCHIK et al., Individually and as Copartners Doing Business under the Name of ART NOVELTY LINEN MANUFACTURERS, Appellants.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. In affirming we do not pass upon the substantiality of the plaintiff's claim. Present — Peck, P. J., Dore, Cohn, Bastow and Botein, JJ.

■

In the Matter of ARTHUR T. KAPLAN, Appellant, against JOSEPH D. MCGOLD-RICK, as State Rent Administrator, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Peck, P. J., Dore, Cohn, Bastow and Botein, JJ. [See 284 App. Div. 844.]

■

JOSEPHINE FIDANZA, Respondent, v. JOHN F. FIDANZA, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Peck, P. J., Dore, Cohn, Bastow and Botein, JJ.

■

CHESAPEAKE INDUSTRIES, INC., Respondent, v. TRANS-LUX THEATRES CORPORATION, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. The date for the examination to proceed shall be fixed in the order. Settle order on notice. Present — Peck, P. J., Dore, Cohn, Bastow and Botein, JJ.

■

In the Matter of TENANTS' COMMITTEE OF 600 WEST 111TH STREET, Appellant, against JOSEPH D. MCGOLDRICK, as State Rent Administrator, Respondent, and HYMAN DRESSNER et al., Interveners, Respondents.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Present — Peck, P. J., Dore, Cohn, Bastow and Botein, JJ.